

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2017

No. 04-17-00467-CV

Erasmo **CANTU** and Eugenia Cantu,
Appellant

v.

**FALCON INTERNATIONAL BANK**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-08-26743-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 27, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Donald B. Edwards
Attorney At Law
410 Peoples Street
Corpus Christi, TX 78401

Anna Fredrickson
Keeling & Downes, P.C.
1500 McGowen, Suite 220
Houston, TX 77004

Alison White Haynes
Trevino Valls Haynes, LLP
6909 Springfield Ave., Suite 200
Laredo, TX 78041

Byron C. Keeling
Keeling & Downes, P.C.
1500 McGowen Suite 220
Houston, TX 77004